IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE A. FORD, | No. CIV S-05-1657-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). A review of the docket reflects that this case was originally filed in the Northern District of California and transferred to this court pursuant to the stipulation of the parties. The stipulated transfer order required that plaintiff serve defendant, through the United States Attorney's Office for the Eastern District of California, upon assignment of a case number by this court. The Clerk of the Court assigned this case the above-referenced case number for this district on August 18, 2005. To date, plaintiff has not filed any return of service establishing that defendant was served as required by the transfer order.

1  Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, in
2 writing, within 30 days of the date of service of this order, why this case should not be dismissed
3 for lack of prosecution and failure to comply with court orders and rules.  <u>See</u> Local Rule 11-110.
4 Plaintiff can show adequate cause by filing a return of service showing that defendant has been
5 served.  Upon plaintiff's compliance with this order, the court will set a schedule for the
6 remainder of the case.

8 DATED:  October 17, 2005.

10  **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE