IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE A. FORD, | No. CIV S-05-1657-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On October 18, 2005, the court directed plaintiff to show cause why this action should not be dismissed for plaintiff's failure to complete service on defendant as required by a stipulated order transferring this matter from the Northern District of California. Plaintiff has filed proof of service of the complaint on defendant. The order to show cause will, therefore, be discharged and a scheduling order will be issued.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The court's October 18, 2005, order to show cause is discharged; and

2. The Clerk of the Court is directed to serve on all parties the undersigned's scheduling order for social security cases.

DATED: November 9, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE