IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYNNE A. FORD,

        Plaintiff,                No. CIV. S-05-1657 CMK

    vs.

JO ANNE B. BARNHART,
Commissioner of
Social Security,

        Defendant.              <u>ORDER</u>
_____/

        The parties have filed a stipulation to extend the time for filing plaintiff's motion for summary judgment until, and including, April 24, 2006.

        Good cause appearing, IT IS ORDERED that plaintiff has until, and including, April 24, 2006 to file her motion for summary judgment.

DATED: March 27, 2006.

                                          /s/ Craig M. Kellison
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE