McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE A. FORD,<br><br>            Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>            Defendant. | CASE NO. 2:05-CV-01657-CMK<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT TO JULY 21, 2006 |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file her motion for summary judgment in the above-referenced case is hereby extended to July 21, 2006, and that all subsequent due dates under the Court's Scheduling Order shall be extended accordingly. Plaintiff's counsel requests this second extension due to the illness of his wife, who is also his secretary, and to the fact that he is scheduled for two upcoming jury trials, one set to commence in the first week of May.  He also needs additional time to seek the services of another social security lawyer who is more experienced in summary judgment motions in District Court.  His own experience, though extensive, has been primarily at the administrative level.  He anticipates that the new attorney will be able to produce Plaintiff's brief in an expeditious manner.

   The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby

1  authorizes counsel for Defendant to file this document in PDF format under the latter's
2  Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: April 24, 2006                */s/ Louis M. Bernstein*
                                     LOUIS M. BERNSTEIN

                                     Attorney for Plaintiff

DATED: April 24, 2006                McGREGOR W. SCOTT
                                     United States Attorney


                                 By: */s/ Bobbie J. Montoya*
                                     BOBBIE J. MONTOYA
                                     Assistant U. S. Attorney

                                     Attorneys for Defendant

Stip.& Order Ext. Pl.'s Time - 2:05-01657                **2**

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE A. FORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　　Defendant. | CASE NO. 2:05-CV-01657-CMK<br><br>ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

　　　Pursuant to the stipulation of the parties, electronically filed *April 24, 2006*, showing good cause for a requested second extension of Plaintiff's time to file motion for summary judgment, the request is hereby APPROVED.

　　　Plaintiff shall file her motion on or before July 21, 2006.

　　　SO ORDERED.

DATED:   April 25, 2006.

　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Stip.& Order Ext. Pl.'s Time - 2:05-01657