IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE A. FORD, | No. CIV S-05-1657-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

    Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On August 17, 2006, the court directed plaintiff to show cause, in writing, why this action should not be dismissed for plaintiff's failure to comply with court orders and to prosecute this case by filing a dispositive motion. The order to show cause specified that plaintiff's filing of a dispositive motion would be considered an adequate response. On August 31, 2006, plaintiff filed a response to the order to show cause. In that response, plaintiff seeks another extension of time to file a dispositive motion. Good cause appearing therefor, the order to show cause will be discharged and plaintiff will be granted an extension of time to file a dispositive

motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's August 17, 2006, order to show cause is discharged;

2. Plaintiff's request for an extension of time is granted; and

3. Plaintiff shall file a dispositive motion on or before September 25, 2006.

DATED: September 5, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE